UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| G.M.G.,<br>    Petitioner,<br><br>v.<br><br>DONALD J. TRUMP, et al.,<br>    Respondents. | )<br>)<br>)<br>)<br>)   C.A. No. 25-CV-195-MRD-PAS<br>)<br>)<br>)<br>) |

### ORDER

Melissa R. DuBose, United States District Judge.

To give the Court time to consider the pending motions, unless otherwise ordered by the Court, the petitioner shall not be moved outside the District of Rhode Island without providing the Court with at least 48 hours' advance notice of the move and the reason therefor. Any such 48-hour notice period shall commence at the date and time such notice is filed and expire 48 hours later, except "[i]f the period would end on a Saturday, Sunday, or legal holiday, the period continues to run until the same time on the next day that is not a Saturday, Sunday, or legal holiday." Fed. R. Civ. P. 6(a)(2)(C).

IT IS SO ORDERED.

_/s/ Melissa R. DuBose_
Melissa R. DuBose
United States District Judge

5/5/2025