IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| G.M.G., <br><br> *Petitioner–Plaintiff*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*, <br><br> *Respondents–Defendants.* | Case No. 1:25-cv-195-MRD-PAS |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

Petitioner respectfully submits memorandum opinions, issued yesterday, from the U.S. District Court for the Southern District of New York and the U.S. District Court for the District of Colorado granting Petitioners' Motions for Preliminary Injunctions. *See G.F.F. v. Trump*, No. 1:25-cv-2886-AKH (S.D.N.Y. May 6, 2025), ECF No. 84; *D.B.U. v. Trump*, No. 1:25-cv-1163-CNS (D. Colo. May 6, 2025), ECF No. 52. In *G.F.F.*, Judge Hellerstein concluded that the Presidential Proclamation did not satisfy the criteria of the Alien Enemies Act, and also that the government's notice protocols violated the Act and due process. ECF No. 84 at 9–19. In *D.B.U.*, Judge Sweeney concluded petitioners who had not yet been designated under the Alien Enemies Act nevertheless had standing for their habeas petition, and likewise held that the Presidential Proclamation did not satisfy the predicates of the Alien Enemies Act. ECF No. 52 at 4–6, 13–19.

Dated: May 7, 2025

*/s/ Sonja L. Deyoe*
Sonja L. Deyoe (#6301)
Cooperating Counsel,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND
395 Smith Street
Providence, RI 02908
(401) 864-5877
SLD@the-straight-shooter.com

Lynette Labinger (#1645)
Cooperating Counsel,
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF RHODE ISLAND
128 Dorrance Street, Box 710
Providence, RI 02903
(401) 465-9565
LL@labingerlaw.com

Respectfully submitted,

*/s/ My Khanh Ngo*
My Khanh Ngo*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: mngo@aclu.org

Lee Gelernt*
Daniel Galindo*
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
E: lgelernt@aclu.org
E: dgalindo@aclu.org

Attorneys for Petitioner-Plaintiff

*Appearing pro hac vice*

## CERTIFICATE OF SERVICE

      I hereby certify that on May 7, 2025, a true and correct copy of the foregoing Notice of Supplemental Authorities were electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record. I will provide copies of the foregoing via email to the U.S. Attorney's Office, District of Rhode Island to:

    United States Attorney's Office
    District of Rhode Island
    Kevin Hubbard
    One Financial Plaza, 17th Floor
    Providence, RI 02903
    Kevin.Hubbard@USDOJ.gov
    401-709-5000


Dated: May 7, 2025                                                    */s/ Sonja L. Deyoe*