# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| G.M.G., | ) | |
|      Petitioner, | ) | |
| | ) | |
| v. | ) | C.A. No. 25-cv-195-MRD-PAS |
| | ) | |
| DONALD J. TRUMP, et al., | ) | |
|      Respondents. | ) | |
| | ) | |

## ORDER

Melissa R. DuBose, United States District Judge.

As announced at the hearing held today before this Court, until otherwise ordered by the Court, the petitioner shall not be moved outside the District of Rhode Island without providing the Court and petitioner with at least 72 hours' advance notice of the move and the reason therefor. Any such 72-hour notice period shall commence at the date and time such notice is filed with this Court and run only on business days such that the notice period shall pause for any Saturday, Sunday, or legal holiday (which shall be excluded from the 72-hour notice period calculation).

IT IS SO ORDERED.

_Melissa R. DuBose_
Melissa R. DuBose
United States District Judge

5/7/2025