IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| G.M.G.,<br><br>*Petitioner–Plaintiff,*<br><br>v.<br><br>DONALD J. TRUMP, in his official capacity as President of the United States, *et al.*,<br><br>*Respondents–Defendants.* | Case No. 1:25-cv-195-MRD-PAS |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner G.M.G. respectfully submits this notice of voluntary dismissal of all claims, without prejudice, in the above captioned case.

Since the filing of this case, on October 7, 2025, the Immigration Judge granted Petitioner asylum, finding that Petitioner had established a well-founded fear of future persecution in Venezuela due to his political opinion. In opposing asylum, the government had argued that Petitioner was a member of the Tren de Aragua gang and thus ineligible for asylum. The Immigration Judge rejected this position and found that Petitioner not only was eligible for asylum, but also merited a positive exercise of discretion for asylum. The government subsequently released Petitioner on October 22, 2025, so he is no longer in Defendants' custody. The deadline for appealing the Immigration Judge's asylum grant expired on November 6, 2025, and the government has not appealed the decision, rendering it administratively final.

Defenders have not filed an answer or motion for summary judgment. Therefore, Petitioner hereby voluntarily dismisses this action, without prejudice.

| | |
|---|---|
| Dated: November 10, 2025 | Respectfully submitted,<br><br>/s/ *My Khanh Ngo*<br>My Khanh Ngo*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>425 California Street, Suite 700<br>San Francisco, CA 94104<br>T: (415) 343-0770<br>E: mngo@aclu.org |
| Sonja L. Deyoe (#6301)<br>Cooperating Counsel,<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND<br>395 Smith Street<br>Providence, RI 02908<br>(401) 864-5877<br>SLD@the-straight-shooter.com | Lee Gelernt*<br>Daniel Galindo*<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>E: lgelernt@aclu.org<br>E: dgalindo@aclu.org<br>Attorneys for Petitioner-Plaintiff<br><br>*Appearing pro hac vice* |
| Lynette Labinger (#1645)<br>Cooperating Counsel,<br>AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF RHODE ISLAND<br>128 Dorrance Street, Box 710<br>Providence, RI 02903<br>(401) 465-9565<br>LL@labingerlaw.com | |

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2025, a true and correct copy of the foregoing Notice of Voluntary Dismissal was electronically filed via the Court's CM/ECF system which sends notice of electronic filing to all counsel of record.

Dated: November 10, 2025

/s/ My Khanh Ngo
My Khanh Ngo*
AMERICAN CIVIL LIBERTIES UNION FOUNDATION
425 California Street, Suite 700
San Francisco, CA 94104
T: (415) 343-0770
E: mngo@aclu.org